864

*licitor General Stern, George J. Bott, David P. Findling, Mozart G. Ratner* and *Bernard Dunau* for respondent.

No. 299. JACOBY *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Halsey Sayles* for petitioner. *Robert O. Campbell* for respondent.

No. 306. BATEN *v.* NONA-FLETCHER MINERAL Co.; and

No. 307. BOWERS ET AL. *v.* NONA-FLETCHER MINERAL Co. C. A. 5th Cir. Certiorari denied. *G. D. Baten, pro se.* Petitioner Bowers, *pro se.* *W. D. Gordon, pro se,* petitioner in No. 307. *Will E. Orgain* for respondent. Reported below: 198 F. 2d 629.

No. 309. ELLER, ADMINISTRATOR, *v.* CINCINNATI, NEW ORLEANS & TEXAS PACIFIC RAILWAY Co. C. A. 6th Cir. Certiorari denied. *Thomas M. Cooley, II* for petitioner. *Carl M. Jacobs* and *J. Craig Bradley* for respondent.

No. 310. TRAMAGLINO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Peter L. F. Sabbatino* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Murray* and *Beatrice Rosenberg* for the United States.

No. 311. WILLIAMS *v.* PROTESTANT EPISCOPAL THEOLOGICAL SEMINARY IN VIRGINIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Austin F. Canfield, Clarence E. Martin* and *Clarence E. Martin, Jr.* for petitioner. *Armistead L. Boothe* for respondent.